**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-60050-Cr-ALTMAN/HUNT(s)**

**UNITED STATES OF AMERICA**

**v.**

**MELANIE HARRIS,**

　　　　　**Defendant.**

_____/

**STIPULATED FACTUAL BASIS**

The United States and MELANIE HARRIS ("the defendant") hereby stipulate and agree that had this matter proceeded to trial, the United States would have offered evidence and testimony to establish the following factual basis beyond a reasonable doubt, including evidence and testimony that at all relevant times:

The defendant resided in Riverside, California, and she maintained the same cell phone number, which ended in xx09, throughout the entirety of the time period referenced herein.  Victim 1 and his wife, Victim 2, lived in the Southern District of Florida or in Pittsburgh, Pennsylvania throughout the entirety of the time period referenced herein. During the relevant period, Victim 1 maintained the same cell phone number, which ended in xx50.

On October 3, 2022, the defendant made multiple calls to Victim 1's cell phone, and left four separate voicemails that contained threats to injure the person of another, with the intent to communicate a true threat and with the knowledge that the communications would be seen as true threats.

1

In one of these four October 3 voicemails, charged in Count 4 of the Superseding Indictment to which the defendant is pleading guilty, the defendant stated in relevant part: "I'll cut your fucking head off kiker." The term "kike" has long been used as an anti-Semitic slur aimed at Jews.

None of the victims knew the identity of the person (the defendant) calling Victim 1 with these threatening and harassing calls and voicemails. Nor did they know where the calls were coming from because the defendant concealed her number using the *67 feature.

The specific call by the defendant to Victim 1's phone that resulted in the threatening communication voicemail on October 3, 2022, that is the subject of Count 4 of the Superseding Indictment, originated from the Riverside, California area, and was received by Victim 1's phone in the Southern District of Florida. The other calls made by the defendant, including the voicemails left, also all originated from the Riverside, California area, and all the specific calls and voicemails referenced in the counts of the Superseding Information were received by Victim 1's phone in the Southern District of Florida. As a result, all of these threatening communications travelled across state lines and thus were transmitted in interstate commerce.

The United States and the defendant agree that this Stipulated Factual Basis, while not containing all facts known to the United States, is sufficient to satisfy all the necessary elements required to establish the guilt of the defendant to the crimes charged in the Information.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 3/4/24          By: _____

Edward N. Stamm
Assistant United States Attorney

Date: 3/4/24          By: _____

Nardia Haye
Assistant United States Attorney

Date: 3/4/24          By: _____

Andrew S. Jacobs
Assistant Federal Public Defender
Attorney for Defendant

Date: 3/4/24          By: _____

Melanie Harris
Defendant

3